IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 10 A 10: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTHUR JAMES TIGNER 152184 )
Full name and prison number of )
plaintiff(s) )
 )
 )
 v. )  CIVIL ACTION NO. 3:06CV713-MHT
 )  (To be supplied by the Clerk of the
OFFICER SELLER )  U.S. District Court)
 )
OFFICER TUCKER )
 )
Sgt JONE )
 )
SHERIFF J JONE )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

     1.   Parties to this previous lawsuit:
         Plaintiff(s) -NA-

         Defendant(s) -NA-

     2.   Court (if federal court, name the district; if state court, name the county) -NA-

     3.   Docket No. -NA-

     4.   Name of Judge to whom case was assigned -NA-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __-NA-__

6. Approximate date of filing lawsuit __-NA-__

7. Approximate date of disposition __-NA-__

II. PLACE OF PRESENT CONFINEMENT __Lee County Sheriff Department Detention Center P.O. Box 2407 Opelika Ala 36801__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Lee County Sheriff's Department Detention Center__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer Seller | P.O Box 2407 Opelika Ala 36801 |
| 2. | Officer Tucker | P.O Box 2407 Opelika Ala 36801 |
| 3. | Sgt Jone | |
| 4. | Sheriff Jone | Sheriff J Jone |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __7-04-06 7-09-06 At Night__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Cruel And Unusual Punishment Being Locked With-in A Cell Without a Toilet that work__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
__Time was 1235 to 120 Am In the Jail Cell E4 Locked Sell #2 from The Right of the Cell Officer Locked me In A Cell with Bug's And No Working Toilet And I Had to Deficate On Some Paper On the Floor. Person Involved Officer Seller, Officer Tucker And Sgt Jone__

GROUND TWO: "HEALTH HAZARD"

SUPPORTING FACTS: I was lock with-in a cell with Bug & old Body Fluid was in the cell Before I Got into The cell

GROUND THREE: SAFTY HEALTH HAZARD

SUPPORTING FACTS: I Had to used the "Rest Room" I HAD to Deficate in some Paper on the Floor Because the Toilet Didn't work

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Honor my Right's Have office Retake Basic Trian" Pain And Suffer Set me up to go to A Psychiatry for the Mental Pain I HAD to go Though And ~~~~~~~~~ Psychiatry Treatment, Emotionable Pain Mentally stress, 1 Punitive Damage Court to give me Relief, Court to do what is Right

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-24-06
(date)

_Signature of plaintiff(s)_

-3-