AO 240 (Rev. 10/03)   middle                                    OPELIKA ALA

# UNITED STATES DISTRICT COURT

District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
2006 AUG 10 A 10: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 3:06CV713 - MHT

I, __ARTHUR TIGNER 152184__ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __LEE County DETENTION CENTER P.O BOX 2407 OPELIKA AL 36801__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __4-11-06__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __I Got A Money's from A friend and mother__

4.  Do you have **any** cash or checking or savings accounts?  ☐ Yes    ☒ No

    If "Yes," state the total amount.  __-NA-__

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My son - M. Jones' my wife Sherell Tigner My mother Mary Tigner, 80% Every Thing I get

I declare under penalty of perjury that the above information is true and correct.

__7-24-06__  
Date

__[signature]__  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
LEE COUNTY JAIL
Itemized Funds For Corrections Resident 4956    Page 1
For Through 2006-08-03 11:59 pm
Booking No Name              Officer Date         Type        Reason                          Receipt No      Amount

  4956 TIGNOR, ARTHUR J      43D5 2006-03-05 DEPMO    INITIAL DEPOSIT                0836069123      25.00
                             43D5 2006-03-05 DEPMO    M HARRIS                       85205290        20.00
                             43D5 2006-03-05 EPR      OID:100040332-ComisaryPur                      34.81
                             43D5 2006-03-12 EPR      OID:100040453-ComisaryPur                       9.80
                             43D5 2006-03-17 DEPMO    M HARRIS                       0836069153      20.00
                             43D5 2006-03-19 DEPMO    M HARRIS                       7962095063      25.00
                             43D5 2006-03-19 EPR      OID:100040593-ComisaryPur                      34.46
                             43D5 2006-03-26 DEPMO    T WILSON                       5489423656      40.00
                             43D5 2006-03-26 EPR      OID:100040915-ComisaryPur                      34.48
                             43D5 2006-04-04 EPR      OID:100041003-ComisaryPur                      15.58
                             43D5 2006-04-09 DEPMO    T WILSON                       0904936071      20.00
                             43D5 2006-04-09 DEPMO    M HARRIS                       0841956536      25.00
                             43D5 2006-04-09 EPR      OID:100041256-ComisaryPur                      33.13
                             43D5 2006-04-10 CHECK    RELEASE OR CLOSEOUT TRANS      11400           12.74
                             43D5 2006-07-16 DEPMO    INITIAL DEPOSIT - REINSTA      85967348        15.00
                             43D5 2006-07-16 EPR      OID:100043419-ComisaryPur                      14.98
  4956 TIGNOR, ARTHUR J    Account Total                                                              0.02

Code       Description              Total
CHECK      Check Withdrawal         -12.74
DEPMO      Money Order Deposit      190.00
EPR        Purchase                -177.24
```