**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Jone
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

06cv713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )
Brenda Ingram

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 5800

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff J. Jones
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

06 cv 713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )
Brenda Ingram

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 5817

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Tucker
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

06cv713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Brenda Ingram*   ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery

Brenda Ingram

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)

7005 1820 0002 3461 5794

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Seller
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

06 cv 713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Brenda Ingram*   ☐ Agent
                      ☒ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery

Brenda Ingram

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)

7005 1820 0002 3461 5787

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540