To: Clerk Thomas C. Caver
United State District
Middle District
P.O. Box 711
Montgomery, AL
36101

3:06cv713-MHT

RECEIVED
2006 AUG 30 A 9:37

Dear Sir I just would like to let you all know I have moved and I have not heard from you'll so I way giving you my new address I filled a 1983 form in Lee county so will you please let me know did you get it, Thank you for your time and help in advance

Arthur Tigner 152184
Dorm A 2
Post Office Box 150
Mount Meig's Ala
36057