IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ARTHUR JAMES TIGNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00713-MHT-SRW |
| | ) |
| **OFFICER SELLER, et al.** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Jay Jones[1], Sheriff of Lee County, Alabama, Sergeant Timothy Jones[2], Corrections Officer David Sellers, and Corrections Officer Danny Tucker, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer which are currently due on September 27, 2006. As grounds for said Motion, the Defendants state as follows:

1. On August 18, 2006, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 27, 2006. The Defendants' Answers are due that same day.

2. Counsel for the Defendants has not yet been able to schedule a time to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Lee County Detention Center which are relevant to Plaintiff's allegations.

3. The Defendants are in need of this additional time to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

---

[1] Sheriff Jay Jones is incorrectly designated in the Plaintiff's Complaint as "Sheriff J. Jone."
[2] Sergeant Timothy Jones is incorrectly designated in the Plaintiff's Complaint as "Sgt. Jone."

4. The Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including November 6, 2006.

Respectfully submitted this 18th day of September, 2006.

> s/Amanda Kay Morgan
> AMANDA KAY MORGAN Bar No.  ALL079
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Arthur James Tigner
> AIS 152184
> Kilby Correctional Facility
> PO Box 150
> Mt. Meigs, AL 36057

> s/Amanda Kay Morgan
> OF COUNSEL