IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ARTHUR JAMES TIGNER, #152 184     *

     Plaintiff,     *

        v.     *          3:06-CV-713-MHT

OFFICER SELLER, *et al*.,     *

     Defendants.     *

_____


**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Defendants are GRANTED an extension from September 26, 2006 to November 6, 2006 to file their answer and written report.

DONE, this 26th day of September, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE