IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARTHUR JAMES TIGNER            *
                                *
                                *
V.                              *      3:06-CV-00713-MHT-SRW
                                *
OFFICER SEILER, et Al.,         *

RECEIVED

COME NOW ARTHUR JAMES TIGNER 152184 TO LET THE HONORABLE COURT KNOW THAT I HAVE CHANGE ADDRESS FROM . . . . . ARTHUR J TIGNER
.. Kilby Correctional Facility
   P.O. Box 150
   Mt. Meigs, AL 36057

My address is now    ARTHUR J TIGNER 152184
                     Bullock Correctional Facility
                     P.O. Box 5107
                     Union Spring AL 36089-5107

/

And I hereby certify that on this 3rd day of Oct, 2006 I have mailed a true and correct copy of the foregoing by United States Mail, Postage Paid for by Bullock Correctional Facility to the Honorable Court + to the Defendants Attorney for them, at the Address's below

OFFICE OF THE CLERK                          WEBB & ELEY, P.C
United States District Court                 7475 Halcyon Pointe Drive
P.O Box 711                                  Post Office Box 240909
Montgomery Ala                               Montgomery, Ala 36124
        36101-0711