IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06-cv-00713-MHT-SRW |
| OFFICER SELLER, et al. | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Jay Jones[1], Sheriff of Lee County, Alabama, Sergeant Timothy Jones[2], Corrections Officer David Sellers[3], and Corrections Officer Danny Tucker, the Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

## Answer

The Defendants deny each and every allegation made by the Plaintiff Arthur James Tigner and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

## Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

---

[1] Sheriff Jay Jones is incorrectly designated in the Plaintiff's Complaint as "Sheriff J. Jone."
[2] Sergeant Timothy Jones is incorrectly designated in the Plaintiff's Complaint as "Sgt. Jone."
[3] Corrections Officer David Sellers is incorrectly designated in the Plaintiff's Complaint as "Officer Seller."

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust available administrative remedies and because he has not suffered an injury that is greater than de minimus.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. The Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. The Defendants were not deliberately indifferent in any respect.

10. The Plaintiff's claims for injunctive relief are moot, and the Plaintiff lacks standing to pursue claims for injunctive relief.

11. The Plaintiff has failed to allege facts showing that the Defendants acted with "reckless or callous indifference" to the Plaintiff as to support a claim of punitive damages.

12. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 6th day of November, 2006.

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 6th day of November, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Arthur James Tigner
        AIS 152184
        Bullock Correctional Facility
        PO Box 5107
        Union Springs, AL 36089-5107

        **s/Amanda Kay Morgan**
        OF COUNSEL