IN THE United State District Court
For The Middle District of Alabama
Eastern Division

ARTHUR JAMES TIGNER
PLAINTIFF

V.                                        3:06-CV-713-MHT

OFFICER SELLER, Et Al,
DEFENDANT's

RECEIVED
2006 NOV 20  A 10:34
A. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Come Now I Arthur James Tigner 152184 with an affidavit a sworn statement that is true and correct I was locked with in a cell on E Block In E4 That didn't have a working Toilet and was full of Bug's I was Beating on the Toilet and call for a Office for 20.min or more until Officer Tucker, Officer Seller did go down the Hall to E5 or E6 Then came back to the Cell Block, I then ask Officer Seller, Officer Tucker, May I Please use the Rest Room and They both said They Don't have a Key to open the Door that they only came down the Hall Because "They" Though something was wrong!. And it was something wrong, I had to use the Toilet, But Officer Seller And Officer Tucker did Nothing about it, So to me Officer Tucker, Officer Seller did use cruel and unusual Punishment; I asked Officer Seller, Officer Tucker will they please let me us the Toilet And will one of them please go get the Key So I can Just us the Toilet, I Arthur Tigner was Told By Officer Seller that I had to Talk to the Sgt Jone's, Just to use the Toilet when they know I didn't have a working Toilet, I had to Deficate in some Paper on the floor an That is cruel, unusual Punishment, I was Not giving my Right's as a Human Being I was Treated Like an Animal, (Any Being other Then A Human Being: Beast) And This was a Safty Health Hazard, Being Lock with-in A cell with Bug's, OID Body fluid is A Health Hazard, Once locked with-in the cell I have no way to get in Touch with the Office, H No-way to get to the Intcome or "mic" So the only to get Help is By Breaking a Rule's And Regulation under 14.2 Minor, Major or Serious But at night In order to get Help you will Break these Rule's from Minor, Violation's. Rule #2 make unnesary Noise (Such as Shouting)

(1) DISOBEYing STAFF MEMBER VIOlATION'S RULE # 1 AND #14

(14) IF I Don't go in my CEll THEY will SAy INTERING with LOCK DOWN or Count SERIOUE VIOlATION'S RUlE # 9 AND #10

(9) INCITING A RIOT

(10) REFUSING to LOCK DOWN

I ARTHUR TigNER DID Write to LT AND MAJOR CARy TORBERT JR., AND to SHERIFF JAy JONES By WAy of REQUEST FORM'S AND By us mail About THIS MATTER, OFFICER JUEKES CAME to THE CEll AND Killed THE Bug's ON OR About 2 DAy LATEY BECAUSE I ASK HIM TO HElP ME AND HE AND (HE) OFFICER JUEKES CAME TO THE CEll With A PIPE Toilet SNAKE, I WAS out ON THE yARD WAlking AND I TOlD OFFICER JUEKES, AND OFFICER JUEKES CAME to THE CEll AND HE Killed All THE Bug's AND used A 'PIPE Toilet SNAK TO TRy to unstop THE Toilet, HE DID All THAT HE could DO! AND OFFICER JUEKES SAID THAT THE MAINTANCE MAN NEED to COME FIX it "MEANING THE Toilet". THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWlEDGE.

_____
AFFIANT

SWORN to AND SUBSCRIBED BEFORE ME THIS 16th DAy of NovEMBER, 2006.

_____
NOTARy PUBlIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

MY COMMISION EXPIRES ON: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16 day of November, 2006 I Arthur Tigner have mailed a true and correct copy of the foregoing by United States Mail, postage paid by inmate Arthur Tigner 152184 to the following

| | |
|---|---|
| Office of the Clerk<br>United States District Court<br>Post Office Box 711<br>Montgomery, Alabama 36101-0711 | Webb & Eley, P.C.<br>7475 Halcyon Pointe Drive<br>P.O. Box 240909<br>Montgomery, Alabama 36124 |

## AFFIDAVIT

I inmate Jimmy Thornton, AIS # 182949, comes now to make this statement and is correct and true to the best of my knowledge. That on July 3, 2006, and the morning of July 4, 2006, inmate Arthur Tigner was locked within the cell without a working toilet and I had been with in cell E-4 for "months" and that toilet had old body wast and it was infested with bugs and mosquitos which come from the water just sitting still in the toilet. We had complained to the Officer for Months but it did no good.

I inmate Jimmy Thonton, AIS #182949, comes now to make a true and correct statement concerning the condition of the toilet facilities in "E Block" cell 4 during my incarceration at the Lee County, Alabama Detention Center. I had been held for months within the E Block area and the toilet was always non-functioning, full of human wast and body fluids would not flush or go down, it just sat there filling the cell with the most un-Godly odors. We put a trash bag over the toilet to try to keep some of the odors from polluting the air as to make it un-breathable until it could be fixed by the maintainence man or someone, but we were told that the maintainence man was not available? Sgt. Threat was over the night shift, he came to our cell and Said, he would never lock anyone down within that cell because the toilet, and cell was un-sanitary to live in. We had many people come into the cell, but they were always left out in the day room and slept on the floor because of the condition of the cell. There was one inmate that got into a fight with a Officer because they tried to make him go within that same cell, and then he was put into lock-up. I don't know what happened to him after that. Now when inmate Tigner moved into the cell he had to sleep on the floor in the day room for about two weeks to a month. One night Sgt. Jones and Officer Seller, and Officer Tucker made inmate Tigner to be locked down in that un-sanitary cell he was in that cell and said he had to use the restroom, Tigner began beating on the wall to get the Officers attention so they would come down the hall to see what was the matter. It took about 30 minutes before a Officer come down the hall and when they come it was Officer Seller add Officer Tucker. They went past our cell, and then come back to the door of our cell block and come in the door, but not in the cell. When Tigner ask them to let him Please use the restroom, but Officer Seller told

1

Tigner that he would have to ask Sgt. Jones. When Officer Seller knew perfectly well that inmate Tigner could not get to see the "Sgt." or Tigner would not be able to talk to him, but Officer Seller could have called Sgt. Jones for inmate Tigner, but it would have been easy for the Officers to just let inmate Tigner use the rest room. They said they DIDN'T had a key (meaning Officer Seller and Officer Tucker) said they don't have a key to the block to let Tigner use the restroom, it would seem that if they were making their rounds that they would have had a key with them. If it was their work area. Tigner also ask Officer Seller & Officer Tucker would they "PLEASE" let him use the bathroom. Inmate Tigner "BEGGED" them and that is something that I never seen or heard Tigner do before, that is beg for anything. Officer Seller and Officer Tucker treated Tigner unfairly that night by refusing to let him use the toilet in the dayroom. There are nine toilets in a cell block, but you can not go with-in anyone elses cell. You only have use of two (2) of them, the one in your cell and the one in the dayroom. (that in the day time) because at night you can only use the one within your cell, but the toilet in Tigner's cell was messed up before Tigner got in the cell. When Tigner was locked down that night he had NO WAY to use any restroom. And that was wrong.

This statement is true to the best of my knowledge.

_Jimmy Thornton_ 182949
AFFIANT

Sworn to and subscribed before me this _16th_ day of November, 2006.

_____
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My commission expires on: _____.

I inmate Richard P. Allen on this July 8 day of 2006 make this statement that is true and correct, I was in the cell with inmate Tignor the night that he was locked with-in the cell that did not have a working toilet. I had been in that dorm before Arthur Tignor came into the dorm. That cell had been a mess for way to long and should have been fixed months Tignor ever got here because the toilet had been out of order for a long time, (To me way too long), but on July 3rd Sgt. Jones, Officer Seller and Officer Tucker locked Arthur Tignor in that cell that didn't have a working toilet. Later on that night, Tignor had to use the restroom, but no one would let him us the restroom. He yeal and beat on the wall or something, but no one came. He waited until officer Seller and officer Tucker came back down the hall, they passed our cell at first and came back to the dorm about 25 minutes later. Tignor asked them would they please let him use the restroom. Officer Seller told Tignor that he didn't have a key to let him go to the restroom and he would have to ask Sgt. Jones to let him use the restroom. Tignor asked them will they please go get the key and ask Sgt. Jones could go to the restroom. The officers left but never came back to let Tignor use the restroom. This statement is true and correct to the best of my understanding and knowledge.

Richard P. Allen
_Richard P. Allen_
NAME

July 8 2006
DATE