RECEIVED
NOV 21 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ARTHUR J. TIGNER
   PLAINTIFF

V                            CIVIL ACTION NO: 3:06 CV-713 MHT-SRW

OFFICER SELLER, et al
   DEFENDANT

## MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF, ARTHUR J. TIGNER IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR LEAVE AND IN SUPPORT THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL GRANT HIS LEAVE TO FILE HIS MOTION FOR EXTENSION OF TIME.

DONE ON THIS 20 DAY OF NOVEMBER 2006

RESPECTFULLY SUBMITTED
_/s/ Arthur J. Tigner_

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS ___ DAY OF NOVEMBER 2006 SERVED A COPY OF THE SAME ON THE ATTORNEYS FOR THE DEFENDANTS BY PREPAID US MAIL ADDRESSED TO
AMANDA KAY MORGAN
WEBB AND ELEY PC
P.O. BOX 240909
MONTGOMERY, AL 36124

_/s/ Arthur J. Tigner_

ARTHUR J. TIGNER
AIS # 152184
P.O. BOX 5107
UNION SPRINGS AL 36089

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARTHUR JAMES TIGNER
    PLAINTIFF

VS.                             CIVIL ACTION NO: 3:06-CV-713 MHT-SRW

OFFICER SELLER, et al.
    DEFENDANTS

### MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF, ARTHUR J. TIGNER, IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR EXTENSION OF TIME AND IN SUPPORT STATES:

1. THE PLAINTIFF IS REQUESTING AN ADDITIONAL (30) THIRTY DAYS TO FILE HIS RESPONSE TO THE DEFENDANTS SPECIAL REPORT.

2. THE PLAINTIFF NEEDS TIME TO OBTAIN WITNESSES AFFIDAVITS AND TO OBTAIN ASSISTANCE IN PREPARING HIS RESPONSE.

WHEREFORE, THE PLAINTIFF, WHOSE RESPONSE IS DUE ON 11/20/06 PRAYS THAT HIS MOTION IS GRANTED AND THAT HE'S GIVEN THE 30 DAYS REQUESTED

DONE ON THIS 20 DAY OF NOVEMBER 2006

RESPECTFULLY SUBMITTED

_____ 152184