IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

RECEIVED
2006 NOV 21 P 12:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTHUR JAMES TIGNER
    PLAINTIFF

VS.

OFFICER SELLER, et. al
    DEFENDANTS

CIVIL ACTION NO.: 3:06-CV-713 MHT-SRW

## MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF, ARTHUR J. TIGNER, IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR EXTENSION OF TIME AND IN SUPPORT STATES:

1. THE PLAINTIFF IS REQUESTING AN ADDITIONAL (30) THIRTY DAYS TO FILE HIS RESPONSE TO THE DEFENDANTS SPECIAL REPORT.

2. THE PLAINTIFF NEEDS TIME TO OBTAIN WITNESSES AFFIDAVITS AND TO OBTAIN ASSISTANCE IN PREPARING HIS RESPONSE.

WHEREFORE, THE PLAINTIFF, WHOSE RESPONSE IS DUE ON 11/20/06 PRAYS THAT HIS MOTION IS GRANTED AND THAT HE'S GIVEN THE 30 DAYS REQUESTED

DONE ON THIS 20 DAY OF NOVEMBER 2006

RESPECTFULLY SUBMITTED

_____ 152184