IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ARTHUR JAMES TIGNER, #152 184      *

       Plaintiff,      *

         v.      *      3:06-CV-713-MHT

OFFICER SELLER, *et al.*,      *

       Defendants.      *

_____


**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to File a Motion for Extension of Time, and for good cause, it is

ORDERED that the motion  (Doc. No.  14) be and is hereby GRANTED.

Upon consideration of Plaintiff's Motion for Extension of Time and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time be and  is hereby GRANTED; and

2.  Plaintiff is GRANTED an extension from November 27, 2006 to December 27, 2006 to file his opposition to Defendants' written report.

DONE, this 27th day of November 2006.


_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE