In The United States District Court
For The Middle District of Alabama
Eastern Division

Arthur James Tigner
    Plaintiff

v.                                    Civil Action No: 3:06-CV-713-MHT-SRW

Officer Sellers, et al
    Defendants

### Plaintiff's Response in Opposition to The Defendants Special Report and Motion For Jury Trial

Comes Now, The Plaintiff, Arthur J. Tigner, in the above styled Cause of Action And Respectfully Moves This Honorable Court with His Response in Opposition To The Defendants Special Report and Motion For Jury Trial and in Support says:

1. This is a Civil Action wherein The Plaintiff alleges that The Defendants Placed Him into a Cell that Did Not Have a Working Toilet and when He Requested to use The Toilet He was Denied forcing Him to Defecate on the floor.

2. The Defendants violated the Plaintiff Constitutional Rights, by subjecting Him to Cruel and Unusual Punishment.

3. The Plaintiff points Out in His Affidavit and The Affidavits of His Witnesses That The Defendants Did Violate His Rights.

4. The Plaintiff also points Out to The Affidavits of The Defendants, who states That They Did Not Violate The Plaintiffs Rights, But They admits That The Plaintiff Did Complain about His toilet being stopped up and That He was given the opportunity to Move, But He Refused.

5. The Plaintiff states That The Defendants boldly lied. That He was Never given The chance to Move and if He had Been given That chance He clearly would Have Moved.

(1)

6. The Plaintiff states that this is a simple action, its not complex its plain and clear to see that the Defendants did violate his rights. The Defendants relies on <u>Boxer X v. Harris</u>, 437 F. 3d 1107, 1111 (11th Cir 2006) and <u>Smith</u> 87, F. 3d at 268 stating that the Plaintiff did not allege that he suffered an injury. However it is clear that the Defendants are attempting to misrepresent the cases and the rulings of the court.

7. Never has the courts stated that it's okay for an inmate to be locked in a cell without working toilets, toilets that's filled with waste, and that the inmate can defecate on the floor. That's it's okay as long as he doesn't suffer an injury. No that's not what the courts or the rulings states.

8. It is a constitutional violation to deny an inmate the use of a working toilet, and putting anyone in a position to defecate on paper on the floor. And then to allege or to argue that there's "<u>no clearly established law provided the Defendants with fair warning that their conduct was unlawful</u>"

How can that be. The policy that the Defendants say they follow is a policy that was established because of the law. And surely the Defendants knew that denying an inmate access to a working toilet was a unlawful act. If they didn't know it. Then why would they falsely allege that they gave the Plaintiff an opportunity to move?

The Plaintiff moves that the Defendants be denied Summary Judgment and that this matter be set for a trial. The Plaintiff has been advised that an employee at the Lee County Detention Center that will testify to what took place.

Wherefore, The Plaintiff Prays that his motion for a Jury Trial is Granted.

Respectfully Submitted
*Arthur Tigner*
Arthur Tigner 162184

Certificate of Service

I hereby Certify That I have on This 21 day of December 2006 Served a Copy of The Same on The attorney for The Defendants by placing The Same by U.S. Mail Postage Prepaid And Addressed to:

Amanda Kay Morgan
C/o Webb and Eley P.C
7475- Halcyan Pointe Dr.
P. O. Box 240909
Montgomery Alabama 36124

_____
Arthur James Tigner
AIS # 152184
P. O. Box 5107
Union Springs Al. 36089

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARTHUR JAMES TIGNER, #152184
    PLAINTIFF

V.                                  3:06-CV-713-MHT-SRW

OFFICER SELLER, et.al
    DEFENDANTS

## AFFIDAVIT OF ARTHUR TIGNER

BEFORE ME, THE UNDERSIGNED AUTHORITY A NOTARY PUBLIC, IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE, PERSONALLY APPEARED ARTHUR J. TIGNER, WHO BEING KNOWN TO ME AND BEING BY ME FIRST DULY SWORN ON OATH DEPOSES AND SAYS AS FOLLOWS:

1. MY NAME IS ARTHUR JAMES TIGNER, I AM THE PLAINTIFF, AN INMATE AIS #152184 AND IM PRESENTLY AT THE BULLOCK COUNTY CORR. FACILITY P.O. BOX 5107 UNION SPRINGS ALABAMA 36089 I AM OVER THE AGE OF NINETEEN (19) YEARS OLD.

2. WHILE CONFINED IN THE LEE COUNTY DETENTION CENTER, ON OR AROUND JULY 5, 2006 TO JULY 8 OR 9, 2006 DURING THE NIGHT I WAS FORCED TO LIVE IN A CELL WHEREIN THE TOILET DID NOT WORK, THE CELL WAS INFESTED WITH BUGS AND OLD BODY FLUIDS.

3. THE CELL HAD A FOUL ODOR AND WAS UNFIT FOR EVEN AN ANIMAL TO LIVE IN.

4. I HAD TO USE THE TOILET VERY BAD AND I WOULD BEAT AND CALL FOR THE OFFICERS BUT NO ONE WOULD COME, FINALLY WHEN OFFICERS TUCKER AND SELLERS DID COME, THEY FIRST PASSED BY MY CELL AND WHEN THEY RETURNED AND I ASKED TO USE THE RESTROOM THEY BOTH SAID THAT THEY DID NOT HAVE THE KEY AND THAT THEY ONLY CAME DOWN THE HALL BECAUSE THEY THOUGHT SOMETHING WAS WRONG.

5. I WAS DENIED ACCESS TO A WORKING TOILET. I WAS FORCED TO DEFECATE INTO ALREADY DIRTY PAPER ON THE FLOOR. THE CELL HAD BUGS IN IT AND DUE TO THE TOILET AND OTHER INMATES BODY WASTE THE CELL HAD A FOUL ODOR

(1)

6. IT CAN CLEARLY BE SEEN BY THE DEFENDANTS AFFIDAVITS, THAT A VIOLATION OF MY RIGHTS DID OCCUR. IT'S CLEAR TO SEE THAT THE AFFIDAVITS ARE UNIFORMED AFFIDAVITS, HOWEVER, IN THE DEFENDANTS EXHIBIT D, THE AFFIDAVIT OF SGT JONES, HE FIRST STATES THAT HE NEVER RECEIVED A COMPLAINT REGARDING ANY OF THE ALLEGATIONS PG 2 #7, BUT ON PAGE 5 #29, WHICH APPEARS TO BE THE PAGE OF DEFENDANTS SELLERS AFFIDAVIT, HE STATED THAT, I DID COMPLAIN TO HIM, BUT THAT I REFUSED TO MOVE. ALSO SEE EXHIBIT E SELLERS.

7. BOTH HAVE LIED. I DID COMPLAIN, BUT I WAS NOT GIVEN A CHOICE TO MOVE BECAUSE THE OFFICERS STATED THAT THEY DID NOT HAVE A KEY.

8. SEE EXHIBITS 2 THE AFFIDAVIT OF JIMMY THORNTON WHO WAS IN THE JAIL BEFORE I ARRIVED AND WHO WITNESSED MY SITUATION. ALSO SEE EXHIBIT 3 A SIGNED STATEMENT OF ONE RICHARD ALLEN.

9. ALL OF THE DEFENDANTS DENIED THAT I MADE WRITTEN COMPLAINTS. BUT I DID THEY HOWEVER ONLY SUBMITTED OTHER SLIPS

10. I STATE THAT THE DEFENDANTS DID VIOLATE MY RIGHTS AND I AM REQUESTING A TRIAL.

SWORN TO AND SUBSCRIBED BEFORE ME A NOTARY PUBLIC UNDER MY HAND AND OFFICIAL SEAL ON THIS 21st DAY OF December 2006

_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

MY COMMISSION EXPIRES

RESPECTFULLY SUBMITTED
ARTHUR TIGNER 152184

EXHIBIT 2

## AFFIDAVIT

I inmate Jimmy Thornton, AIS # 182949, comes now to make this statement and is correct and true to the best of my knowledge. That on July 3, 2006, and the morning of July 4, 2006, inmate Arthur Tignor was locked within the cell without a working toilet and I had been with in cell E-4 for "months" and that toilet had old body wast and it was infested with bugs and mosquitos which come from the water just sitting still in the toilet. We had complained to the Officer for Months but it did no good.

I inmate Jimmy Thonton, AIS #182949, comes now to make a true and correct statement concerning the condition of the toilet facilities in "E Block" cell 4 during my incarceration at the Lee County, Alabama Detention Center. I had been held for months within the E Block area and the toilet was always non-functioning, full of human wast and body fluids would not flush or go down, it just sat there filling the cell with the most un-Godly oders. We put a trash bag over the toilet to try to keep some of the oders from polluting the air as to make it un-bearable, until it could be fixed by the maintainence man or someone, but we were told that the manintainence man was not available? Sgt Threat was over the night shift, he came to our cell and said, he would never lock anyone down within that cell because the toilet, and cell was un-sanitary to live in. We had many people come into the cell, but they were always left out in the day room and slept on the floor because of the because of the condition of the cell. There was on inmate that got into a fight with a Officer because they tried to make him go within that same cell, and then he was put into lock-up. I don't know what happened to him after that. Now when inmate Tigner moved into the cell he had to sleep on the floor in the day room for about two weeks to a month. One night Sgt. Jones and Officer Seller, and Officer Tucker made inmate Tigner to be locked down in that un-sanitary cell he was in that cell and said said he had to use teh restroom, Tigner began beating on the wall to get the Officers attention so they would come down the hall and see what was the matter. It took about 30 minutes before a Officer come down the hall and when they come it was Officer Seller and Officer Tucker. They went past our cell, and then come back to the door of our cell block and come in the door, but not in the cell. When Tigner ask them to let him PLEASE use the restroom, but Officer Seller told

Tigner that he would have to ask Sgt. Jones. When Officer Seller knew perfectly well that inmate Tigner could not get to see the "Sgt." or Tigner would not be able to talk to him, but Officer Seller could have called Sgt. Jones for inmate Tigner, but it would have been easy for the Officers to just let inmate Tigner use the rest room. They said they DIDN'T had a key (meaning Officer Seller and Officer Tucker) said they don't have a key to the block to let Tigner use the restroom, it would seem that if they were making their rounds that they would have had a key with them. If it was their work area. Tigner also ask Officer Seller & Officer Tucker would they "PLEASE" let him use the bathroom. Inmate Tigner "BEGGED" them and that is something that I never seen or heard Tigner do before, that is beg for anything. Officer Seller and Officer Tucker treated Tigner unfairly that night by refusing to let him use the toilet in the dayroom. There are nine toilets in a cell block, but you can not go with-in anyone elses cell. You only have use of two (2) of them, the one in your cell and the one in the dayroom. (that in the day time) because at night you can only use the one within your cell, but the toilet in Tigner's cell was messed up before Tigner got in the cell. When Tigner was locked down that night he had NO WAY to use any restroom. And that was wrong.

This statement is true to the best of my knowledge.

                                                                    _Jimmy Thornton_ 182749
                                                                         AFFIANT

Sworn to and subscribed before me this _16th_ day of November, 2006.

_____NOTARY PUBLIC_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My commission expires on: _____.

I inmate Richard P. Allen on this July 8 day of 2006 make this statement that is true and correct, I was in the cell with inmate Tignor the night that he was locked with-in the cell that did not have a working toilet. I had been in that dorm before Arthur Tignor came into the dorm. That cell had been a mess for way to long and should have been fixed months Tigner ever got here because the toilet had been out of order for a long time, (To me way too long), but on July 3rd Sgt. Jones, Officer Seller and Officer Tucker locked Arthur Tignor in that cell that didn't have a working toilet. Later on that night, Tignor had to use the restroom, but no one would let him us the restroom. He yell and beat on the wall or something, but no one came. He waited until officer Seller and officer Tucker came back down the hall, they passed our cell at first and came back to the dorm about 25 minutes later. Tignor asked them would they please let him use the restroom. Officer Seller told Tignor that he didn't have a key to let him go to the restroom and he would have to ask Sgt. Jones to let him use the restroom. Tignor asked them will they please go get the key and ask Sgt. Jones could go to the restroom. The officers left but never came back to let Tignor use the restroom. This statement is true and correct to the best of my understanding and knowledge.

Richard P. Allen
_Richard P. Allen_
NAME

July 8 2006
DATE

EXHIBIT 3

EXHIBIT 3