In The United States District Court
For The Middle District of Alabama
Eastern Division

Arthur James Tigner
Plaintiff

V.

Officer Sellers et. AL
Defendants

Civil Action No: 3:06-cv-713-MHT-SRW

Plaintiff Motion For Discovery, For Document's Located At Lee County Detention Center, Which Are Relevant The Plaintiff Case

Come Now The Plaintiff Arthur James Tigner in the Above stated Cause, and move This Honorable Court to order the Defendant to provide Plaintiff with The following document's;

(1) The Inmate Hand Book, (Rule's and Regulation) for Lee County Jail Detention Center

(2) The name of all The Inmate that was with-in The Cell E4 from July 1, 2006 until July The 9 2006 The 1st Nine Day's of July

(3) The Mainanice Work order to be Done on The Detention Center for The Year of 2006 Jan The 1st 2006 To November 15 2006

(4) All The Request slip That was Wrote to LT Welch and Major Carry Torbert JR From the Plaintiff Arthur James Tigner

(5) The Mainanice Work order Done on Cell # E4 in The Last Year (2006 year)

(6) The Mainanice Work order Submit to be Done on Cell E4, And The Other Cell Block in The Lee County Detention Center

(7) The Location of All The Inmate That was In E Block (Cell # E4) from July 1 to July 9, 2006 from The 1st to The Nine of July 2006

Arthur Tigner 152184

I Hereby Certify That on This The 21 Day of Dec I Have Sent The foregoing to The Clerk of The Court, And to The Lawer of The Defendant's By Way of United States Mail Postage Pre Paid By The Bullock Correctional Facility and By the Plaintiff By way of U. Mail Postage

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Ala
36101-0711

Webb & Eley PC
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery Ala
36124