IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  3:06-cv-00713-MHT-SRW |
| | ) |
| OFFICER SELLER, et al., | ) |
| | ) |
|    Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Jay Jones[1], Sheriff of Lee County, Alabama, Sergeant Timothy Jones[2], Corrections Officer David Sellers[3], and Corrections Officer Danny Tucker, the Defendants in the above-styled cause.  As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C.  Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Jay Jones, Sheriff of Lee County, Alabama, Sergeant Timothy Jones, Corrections Officer David Sellers, and Corrections Officer Danny Tucker contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Jay Jones, Sheriff of Lee County, Alabama, Sergeant Timothy Jones, Corrections Officer David Sellers, and Corrections Officer Danny Tucker.

---

[1] Sheriff Jay Jones is incorrectly designated in the Plaintiff's Complaint as "Sheriff J. Jone."
[2] Sergeant Timothy Jones is incorrectly designated in the Plaintiff's Complaint as "Sgt. Jone."
[3] Corrections Officer David Sellers is incorrectly designated in the Plaintiff's Complaint as "Officer Seller."

Respectfully submitted this 3rd day of January, 2007.

>**s/Amanda Kay Morgan**
>AMANDA KAY MORGAN Bar No.  ALL079
>Attorney for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive
>Post Office Box 240909
>Montgomery, Alabama  36124
>Telephone:  (334) 262-1850
>Fax:  (334) 262-1889
>E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

>Arthur James Tigner
>AIS 152184
>Bullock Correctional Facility
>PO Box 5107
>Union Springs, AL 36089-5107

>**s/Amanda Kay Morgan**
>OF COUNSEL

2