IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ARTHUR JAMES TIGNER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06-cv-00713-MHT-SRW |
| **OFFICER SELLER, et al.,** | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Jay Jones[1], Sheriff of Lee County, Alabama, Sergeant Timothy Jones[2], Corrections Officer David Sellers[3], and Corrections Officer Danny Tucker, the Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of January, 2007.

> s/Ashley Hawkins Freeman
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: afreeman@webbeley.com

---

[1] Sheriff Jay Jones is incorrectly designated in the Plaintiff's Complaint as "Sheriff J. Jone."
[2] Sergeant Timothy Jones is incorrectly designated in the Plaintiff's Complaint as "Sgt. Jone."
[3] Corrections Officer David Sellers is incorrectly designated in the Plaintiff's Complaint as "Officer Seller."

**CERTIFICATE OF SERVICE**

 I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Arthur James Tigner
    AIS 152184
    Bullock Correctional Facility
    PO Box 5107
    Union Springs, AL 36089-5107

       **s/Ashley Hawkins Freeman**
       OF COUNSEL