IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ARTHUR JAMES TIGNER, #152 184  *

    Plaintiff,  *

       v.  *  3:06-CV-713-MHT

OFFICER SELLER, *et al.*,  *

    Defendants.  *

_____

**ORDER ON MOTION**

Counsel for Defendants Jay Jones, Timothy Jones, David Sellers, and Danny Tucker has filed a Motion to Withdraw. (Doc. No. 20.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the named defendants on January 4, 2007 (Doc. No. 21), it is

ORDERED that the Motion to Withdraw (Doc. No. 20) be and is hereby GRANTED.

DONE, this 5th day of January 2007.

                          /s/Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE