IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ARTHUR JAMES TIGNER, #152 184    *

    Plaintiff,                             *

        v.                                      *        3:06-CV-713-MHT

OFFICER SELLER, *et al.*,             *

    Defendants.                         *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Discovery. Plaintiff's motion has been read, considered and shall be denied. The material requested in Plaintiff's motion is either cumulative of information already provided by Defendants or irrelevant to a determination of the issue pending before this court. Plaintiff's request, however, may be reconsidered by the court if warranted by further developments in this case.

Accordingly, it is ORDERED that the Motion for Discovery (Doc. No. 19) be and is hereby DENIED.

DONE, this 10th day of January 2007.

                                                    /s/Susan Russ Walker
                                               SUSAN RUSS WALKER
                                               UNITED STATES MAGISTRATE JUDGE