Arthur James Tigner
Plaintiff

v

Oficer Sellers Et, Al
Defendants

Civil Action No: 306-CV-713-MHT-SRW

2007 JUL 24 A 9:58

I Come Before The Court Just to Let The Court Know That I Have Change Address From: Bullock CC To:

Arthur James Tigner 152184
Day 2 Bed 3A
P.O. Box 368
Childersburg Al
35044

CC To Webb + Eley PC
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery Al
36124

Arthur James Tagner 152194
Bay 2 Bed 3A
P.O. Box 368
Childersburg Al
35044

(Legal Mail)

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711