IN THE United States District Court
for THE middle District of Alabama
Eastern Division

Arthur James Tigner
Plaintiff's
-V-
Officer Seller, Et Al
Defendant's

Civil Action # 3:06-CV-00713-MHT-SRW

RECEIVED

PLAINTIFF'S RESPOND TO THE DEFENDANT'S OBJECTION

Come Now Arthur James Tigner THE Plaintiff's IN THE Above-styled cause and submit his respond to the Defendant's Objection to the Plaintiff's motion for a Trial by Jury

(1) THE Plaintiff state that if he wasn't Treated unfairly why should THE Defendant's Complain about Having A Jury Trial

(2) The Plaintiff state That The Seventh Amendment to the US Constitution guarantees All Parties IN S 1983 or Biven's Damages Lawsuit the Right to A Jury Trial under Federal Rule of Civil Procedure 28(b)

(3) THE Plaintiff's state by law when someone has asked for money Damages and either the Plaintiff's or the Defendant has made a Jury Demand SEE Chapter 11 § B1

(4) The Plaintiff's state he didn't waiver his Right to Trial by Jury or his Jury Demand's because in money Damages the Jury Decision on how much Damages they must pay

(5) THE Plaintiff's state That The Defendant waited about 8 month before filling An Objection to THE Plaintiff Demand for A Jury Trial and the Defendant is way pass his time to respond with and Objection

I Hereby Certify That on This 8 Day of Aug 2007 I Have Send THE Forgoing To THE Clerk of Court and to THE Lawer of THE Defendant's by US Mail

Arthur Tigner      152134
                  162134

MR ARTHUR JAMES TIGNEE 152184
BAY 2 - BED 3A
P.O BOX 868
Childersburg AL
35044

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The Contents have not been evaluated and the Alabama Department of Corrections is not responsible for the Substance or content of the enclosed communication."

35101307711 B007

LEGAL MAIL

OFFICE OF THE CLERK
United State District Court
P.O BOX 711
Montgomery Ala
36101-0711