IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARTHUR JAMES TIGNER 152184
    Plaintiff
-V-                                         3:06-CV-713-MHT
OFFICER SEILER, ET AL
    Defendant's

RECEIVED
2007 AUG 14 A 9:38

THE PLAINTIFF BEG's THE COURT TO Grant THE Plaintiff MOTION for DISCOVERY, For Document's Located At LEE County Detention Center cause it will show THE Court That THE Plaintiff Case should BE Granted A (Jury Trial)

Come Now Arthur James Tigner THE Plaintiff In THE Above-Styled Cause, And move This Honorable Court to Order THE Defendant's To Provide THE Following Document's

(1) THE Name of All THE Inmate That was within THE Cell E4 on July 1 2006 To July-9-2006 (Nine Days)

(2) THE Mainanice work order to Be Done on THE Jail or cell in E4 AT for THE Year of 2006 Jan THE 1st 2006 To November 15 2006

(3) All THE Request Slip That was wrote to Lt Welch and Major Carry Torbert Jr. from THE Plaintiff.

(4) THE Mainanice work order Done on Cell # E4 In THE 2006 Year

(5) THE Mainanice work order Submitted To Be Done on Cell E4 and on THE other Cell on E Block In THE Lee County Detention Center for 2006 Year

(6) THE Location of All THE Inmate That was In E Block (Cell #4) from July 1st unto July 9 2006 I Hereby Certify That on This 8 Day of Aug. 2007 I Have Send THE Foregoing to THE Clerk of Court and to THE Lawyer of THE Defendant's By way of Mail, US Mail

MR. Arthur [signature] 152184
MR Arthur Tigner 152184