IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ARTHUR JAMES TIGNER, #152 184    *

    Plaintiff,    *

        v.    *    3:06-CV-713-MHT

OFFICER SELLER, *et al*.,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by Plaintiff on August 14, 2007,

and for the reasons stated in the court's January 7, 2007 order (Doc. No. 23), it is

ORDERED that the motion (Doc. No. 27) be and is hereby  DENIED.

DONE, this 17th day of August 2007.


_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE