IN THE United States District Court
For The Middle District of Alabama
Eastern Division

RECEIVED

Arthur James Tigner #152184
    Plaintiff

V.

Officer Seller et al
    Defendant's

2007 SEP -5 A 9: 33

3:06-CV-713-MHT (WO)
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Plaintiffs Objection to the Recommendation of the Magistrate Judge

(1) The Plaintiffs objection to the Magistrate Judge discussion cause the request form or a letter is the same as a grievance procedure. The detention center use request form or plain paper when they don't have any request form and I us the grievance procedure but without the magistrate judge granting any of my motion it's hard for me to show just cause.

(2) The Plaintiff stat that the magistrate judge rule's only one sided cause the magistrate judge stated that if the Plaintiff fill a motion later it will be considered granted but every motion that the judge get from the Plaintiff is dismiss or denied

(3) The Plaintiff evidence was Exhibit (1) Exhibit (2) Exhibit (3) and the affidavits of the Defendant's

(4) Defendant's Seller and Jone's stat that they wasn't aware that the Plaintiff was ever denied access of a working toilet

(5) But then Defendant's then admit that the Plaintiff told them that his toilet was stop up so that alone show that the Defendant was aware that the Plaintiff toilet did not work before he was lock within that cell

(6) The Plaintiff stat that even the Sheriff Jay Jones stat that it would be a violation of policy for any inmate to ever be denied access to a working toilet on page 7 line 18 and 19 of special report of Jay Jones

(7) That in office Seller affidavit page 3 #9 stat that a grievances can be reported on request form.

(x) On Page 6 # 34 Office Seller stat That it is a direct violation to denied access to a working toilet.

(9) You officer Seller stated that one night as the Inmate were being locked down the Plaintiff Tigner Did complained to you officer Seller and Sgt Jones that his toilet was stopped up

Respectfully submitted this 31 day of August 2007 to the Attorney for defendant's and to the District court Magistrate Judge. I here by that on this 31 day of August 2001 I have mail the foregoing with the clerk of the court using us mail state mail free mail. Arthur Tigner

Arnold Sumier Tisner 152184
Childersburg Work Release
P.O. Box 368
Childersburg, AL 35044

LEGAL MAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

LEGAL MAIL

This correspondence is forwarded from an Alabama State inmate. The Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.