IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR JAMES TIGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv713-MHT |
| | ) | (WO) |
| OFFICER SELLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former county inmate, filed this lawsuit challenging the conditions of his confinement.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted, albeit without prejudice, for failure to exhaust administrative remedies.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of September, 2007.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE