≋AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____ALABAMA____

ARTHUR JAMES TIGNER  
        V.  
OFFICER SELLERS, ET AL.

**BILL OF COSTS**

Case Number:

Judgment having been entered in the above entitled ___September 17, 2007___ against ___Plaintiff___,
                                                        Date  
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2.40 |
| (See attached Exhibit A) | |
| Fees and disbursements for printing ................................................... | _____ |
| Fees for witnesses (itemize on reverse side) .......................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............... | _____ |
| Docket fees under 28 U.S.C. 1923 ..................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................ | _____ |
| Compensation of court-appointed experts ............................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | _____ |
| Other costs (please itemize) ........................................................... | 27.34 |
| (See attached Exhibit B)                         TOTAL | $ 29.74 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Arthur James Tigner

Signature of _Ashley Hawkins Freeman_ (signature)

Name of __Ashley Hawkins Freeman__

For: __Defendants__                                                     Date: __October 1, 2007__  
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

__Debra P. Hackett__          By: _____  
Clerk of Court                                Deputy Clerk                         Date

# EXHIBIT "A" – ITEMIZATION OF FEES FOR THE EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

Fees for the exemplification and copies of papers necessarily obtained for use in the litigation of the case of <u>Arthur James Tigner v. Officer Sellers, et al.</u> United States District Court, Middle District of Alabama, Civil Action No.: 3:06-cv-713-MHT

PHOTOCOPIES
    12 pages at $0.20 per page
    In-house photocopies of documents for use in
    the defense of this case                                              2.40

**TOTAL FOR ALL OTHER COSTS**                                       **$ 2.40**

## EXHIBIT "B" – ITEMIZATION OF OTHER COSTS

Other costs accumulated during the litigation of the case of <u>Arthur James Tigner v. Officer Sellers, et al.</u> United States District Court, Middle District of Alabama, Civil Action No.: 3:06-cv-713-MHT

MILEAGE (at $.445 per mile)
    Travel Expense for Attorney's travel to Opelika, Alabama
    from Montgomery, Alabama
    on September 29, 2006, for fact investigation             23.14


POSTAGE COSTS
    Charges to send documents to the Plaintiff                 4.20


**TOTAL FOR ALL OTHER COSTS:**                       <u>$ 27.34</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:06-cv-00713-MHT-SRW |
| OFFICER SELLER, et al., | ) ) ) |
|     Defendants. | ) |

### AFFIDAVIT OF ASHLEY HAWKINS FREEMAN

STATE OF ALABAMA              )
                              )
COUNTY OF MONTGOMERY          )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Ashley Hawkins Freeman, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Ashley Hawkins Freeman. I am over the age of nineteen and competent to make this affidavit.

2. I am an attorney practicing with the firm of Webb & Eley, P.C., 7475 Halcyon Pointe Drive, Post Office Box 24090, Montgomery, Alabama, 36124.

3. I am lead counsel for the Defendants in this action.

4. All of the items of costs and/or disbursement listed in Exhibit A - B are actual and correct and were necessarily incurred in this case. The services for which fees have been charged as listed in Exhibits A – B were actually and necessarily performed.

5.   I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and the above statements are made by drawing from my personal knowledge of the situation.

_____
ASHLEY HAWKINS FREEMAN

SWORN TO and SUBSCRIBED before me this ___1___ day of October, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 3-9-08

2