⬥AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

| | |
|---|---|
| ARTHUR JAMES TIGNER<br>V.<br>OFFICER SELLERS, ET AL. | **BILL OF COSTS**<br><br>Case Number: 3:06cv713-MHT |

Judgment having been entered in the above entitled __September 17, 2007__ against __Plaintiff__,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena .............................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case<br>(See attached Exhibit A) | 2.40 |
| Fees and disbursements for printing .................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ............................................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | _____ |
| Docket fees under 28 U.S.C. 1923 ...................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................ | _____ |
| Compensation of court-appointed experts ............................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | _____ |
| Other costs (please itemize) ........................................................... | 27.34 |
| (See attached Exhibit B)                                                  TOTAL | $ 29.74 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Arthur James Tigner__

Signature of _/s/ Ashley Hawkins Freeman_

Name of __Ashley Hawkins Freeman__

For: __Defendants__                                                                Date: __October 1, 2007__

Name of Claiming Party

Costs are taxed in the amount of __$29.74__ and included in the judgment.

__Debra P. Hackett__                           By: _Charlene Campbell_              __10-2-07__
Clerk of Court                                     Deputy Clerk                          Date